# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>SS Body Armor I, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-11255 (CSS)<br><br>(Jointly Administered) |

## NOTICE OF APPEAL BY DAVID H. BROOKS

David H. Brooks ("Brooks"), by and through his undersigned counsel, pursuant to 28 U.S.C. §158(a)(1) and in accordance with Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, hereby gives notice that he is appealing from the Order [Docket No. 3109] (the "Order")[2] signed by the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, and entered in the above-captioned bankruptcy case on July 9, 2015, and all orders, interlocutory orders, determinations, findings of act, conclusions of law and evidentiary rulings related to the Order.

The parties to the Order appealed from and the names, addresses and telephone numbers of their respective counsel are set forth on Exhibit "B" attached hereto.

Dated: July 22, 2015

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Linda Richenderfer*
Linda Richenderfer (No. 4138)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: 302-426-1189
Facsimile: 302-429-9193

*Counsel for David H. Brooks*

---

[1] Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: SS Body Armor I, Inc. (9361); SS Body Armor II, Inc. (4044); SS Body Armor III, Inc. (9051); and PBSS, LLC (8203).

[2] A true and correct copy of the Order is attached hereto as Exhibit "A".

PHIL1 4718517v.1

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SS Body Armor I, Inc., et al.,[1] | ) | Case No. 10-11255 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Docket Nos. 2865 & 3106 |

**ORDER GRANTING DEBTORS' AMENDED MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF SETTLEMENT AGREEMENT WITH CLASS PLAINTIFFS, PLAINTIFFS' COUNSEL AND DERIVATIVE COUNSEL**

Upon consideration of the *Debtors' Amended Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel* (the "Motion") filed by the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested in the Motion is reasonable, fair and in the best interests of the Debtors, their estates and their stakeholders; and due and proper notice of the Motion having been given, and it appearing that no other or further notice is required; and, after due deliberation, good cause appearing for the relief sought in the Motion, and for the reasons stated on the record at a hearing on the Motion on July 6, 2015, it is hereby[2]

ORDERED that the Motion is GRANTED; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: SS Body Armor I, Inc. (9361); SS Body Armor II, Inc. (4044); SS Body Armor III, Inc. (9051); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., et al., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

[2] Capitalized terms not defined herein have the meanings ascribed to such terms in the Motion.

DOCS_DE:200568.3 70934/001

ORDERED that all objections to the Motion are overruled for the reasons stated at the July 6, 2015 hearing on the Motion; and it is further

ORDERED that the Amended Settlement Agreement dated May 4, 2015, including the Addendum to Amended Settlement Agreement dated June 10, 2015 (together defined in this Order as the "Agreement"), are APPROVED pursuant to Fed. R. Bankr. P. 9019; and it is further

ORDERED that the Parties are authorized and directed to take all actions necessary to effectuate and implement the terms of the Agreement without the need for further order by this Court; and it is further

ORDERED that this Court will consider any request for allowance or reimbursement of counsel fees by D. David Cohen or any attorneys for D. David Cohen ("Cohen Fee Application") on the date set for confirmation of the *Amended Joint Chapter 11 Plan of Liquidation Proposed By Debtors and Official Committee of Unsecured Creditors* in these cases (the "Confirmation Hearing"), with such Cohen Fee Application to be filed no later than forty-five (45) days prior to the date set for the Confirmation Hearing in these cases, any objection to such Cohen Fee Application to be filed no later than twenty-one (21) days prior to the Confirmation Hearing, and any reply to such objection to be filed fourteen (14) days prior to the Confirmation Hearing; and it is further

ORDERED that this Court will consider any objection to the allowance of fees for Derivative Counsel filed by D. David Cohen ("Cohen Derivative Counsel Fee Objection") at the Confirmation Hearing, with such Cohen Derivative Counsel Fee Objection to be filed no later than forty-five (45) days prior to the date set for the Confirmation Hearing and served by Mr.

-2-

Cohen on Derivative Counsel, any response to such Cohen Derivative Counsel Fee Objection to be filed no later than twenty-one (21) days prior to the Confirmation Hearing, and any reply to such response to be filed fourteen (14) days prior to the Confirmation Hearing; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: ____7/9____, 2015

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

# EXHIBIT B

PHIL1 4718517v.1

| **Debtors and Debtors in Possession**<br><br>Laura Davis Jones, Esquire<br>David M. Bertenthal, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>Tel: (302) 652-4100<br>Email: ljones@pszjlaw.com<br>         dbertenthal@pszjlaw.com | **Official Committee of Unsecured Creditors**<br><br>Frederick B. Rosner, Esquire<br>The Rosner Law Group LLC<br>824 North Market Street, Suite 810<br>Wilmington, DE 19801<br>Tel: (302) 777-1111<br>Email: rosner@teamrosner.com<br><br>Robert M. Hirsh, Esquire<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019<br>Tel: (212) 457-5430<br>Email: robert.hirsh@arentfox.com |
|---|---|
| **Official Committee of Equity Security Holders**<br><br>Ian Connor Bifferato, Esquire<br>Bifferato LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>Tel: (302) 429-0907<br>Email: cbifferato@bifferato.com<br><br>John E. Mitchell, Esquire<br>Baker & McKenzie LLP<br>2300 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201<br>Tel: (214) 978-3037<br>Email: john.mitchell@bakermckenzie.com | **Class Plaintiffs**<br><br>Christopher P. Simon, Esquire<br>Cross & Simon LLC<br>913 North Market Street, 11th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-4200<br>Email: csimon@crosslaw.com<br><br>Michael S. Etkin, Esquire<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>Tel: (973) 597-2312<br>Email: metkin@lowenstein.com |

| **United States Trustee** | **D. David Cohen** |
|---|---|
| Jane Leamy, Esquire<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Tel: (302) 573-6566<br>Email: jane.m.leamy@usdoj.gov | Michael Busenkell, Esquire<br>Gellert Scali Busenkell & Brown, LLC<br>913 N. Market Street, 10th Floor<br>Wilmington, DE 19801<br>Tel: (302) 425-5800<br>Email: mbusenkell@gsbblaw.com<br><br>Gary D. Sesser, Esquire<br>William F. Sondericker, Esquire<br>Leonardo Trivigno, Esquire<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>Tel: (212) 732-3200 |

## CERTIFICATE OF SERVICE

I, Linda Richenderfer, Esquire of Klehr Harrison Harvey Branzburg LLP, hereby certify that on this 22nd day of July, 2015, caused a copy of the ***NOTICE OF APPEAL BY DAVID H. BROOKS*** to be served upon the parties listed on the attached Service List via First Class mail.

                                                             */s/ Linda Richenderfer*
                                                             Linda Richenderfer (DE Id No. 4138)

## SERVICE LIST

Frederick B. Rosner, Esquire
Scott James Leonhardt, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE  19801

Robert M. Hirsh, Esquire
George P. Angelich, Esquire
Arent Fox LLP
1675 Broadway
New York, NY  10019

Christopher P. Simon, Esquire
Cross & Simon LLC
913 North Market Street, 11th Floor
Wilmington, DE  19801

Keith F. Park, Esquire
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101

Samuel H. Rudman, Esquire
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY  11747

Michael S. Etkin, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Ira A. Schochet, Esquire
Labaton Sucharow LLP
140 Broadway
New York, NY  10005

Patrick O'Hara, Esquire
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL  62701

Charles J. Brown II, Esquire
Gellert Scali Busenkell & Brown LLC
913 Market Street, 10th Floor
Wilmington, DE  19801

Mary K. Dulka, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

Ian Connor Bifferato, Esquire
Thomas F. Driscoll III, Esquire
J. Zachary Haupt, Esquire
Bifferato LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801

Carmen H. Lonstein, Esquire
Lawrence P. Vonckx, Esquire
Baker & McKenzie
One Prudential Plaza, Suite 3600
130 East Randolph Street
Chicago, IL  60601

Sandra Hatfield
206 Summit Drive
LaFollett, TN  37766

Roland G. Riopelle, Esquire
Sercarz & Riopelle, LLP
Carnegie Hall Tower
152 West 57th Street, 24th Floor
New York, NY  10019

W. Thomas Dillard, Esquire
Ritchie, Dillard & Davies, P.C.
606 W. Main Street, Suite 300
Knoxville, TN  37902

Gen. (Ret.) Larry R. Ellis
520 Carondelett Cove SW
Atlanta, GA  30331

PHIL1 4702385v.1

Earl J. Silbert, Esquire
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004

Stephanie K. Vogel, Esquire
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

Dawn M. Schlegel
2 Seatuck Cove Court
Eastport, NY 11941

Steven G. Kobre, Esquire
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

Thomas G. Amon, Esquire
Law Offices of Thomas G. Amon
250 West 57th Street, Suite 1316
New York, NY 10107

Brian J. Robbins, Esquire
Robbins Umeda LLP
600 B. Street, Suite 1900
San Diego, CA 92101

Lisa H. Bebchick, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Andrew H. Schapiro, Esquire
Quinn Emanuel
500 West Madison Street, Suite 2450
Chicago, IL 60661

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

Jane Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

Jeremy Ryan, Esquire
Potter, Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE 19801

Donald E. Rothman, Esquire
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA 02108

Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

Carl N. Kunz, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

David B. Stratton, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801

PHIL1 4702385v.1

David P. Simonds, Esquire
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA  90067

Michael P. Cooley, Esquire
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201

Secretary of State
Department of State
Division of Corporations
P.O. Box 898
Dover, DE  19903

Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101

Secretary of Treasury
15th & Pennsylvania Avenue, NW
Washington, DC  20220

Andrew Calamari, Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY  10281

Michael A. Berman, Esquire
Securities & Exchange Commission
Office of General Counsel – Bankruptcy
100 F Street, NE
Washington, DC  20549

Aaron R. Cahn, Esquire
Gary D. Sesser, Esquire
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY  10005

Matthew J. Troy, Esquire
U.S. Dept of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC  20044

Jennifer V. Doran, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109

Brian W. Bisignani, Esquire
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA  17101

Linda Boyle, Esquire
10475 Park Meadows Drive, #400
Littleton, CO  80124

Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

R. David Sobel, Esquire
Altfeld & Battaile P.C.
250 North Meyer Avenue
Tucson, AZ  85701

Richard L. Weisz, Esquire
Hodgson Russ LLP
677 Broadway, Suite 301
Albany, NY  12207

Shawn M. Christianson, Esquire
Buchalter Nemer, P.C.
55 Second Street, 17th Floor
San Francisco, CA  94105

Fernando Casamayor, Tax Collector
Miami Dade Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL  33130

PHIL1 4702385v.1

Laura L. McCloud
Tennessee Dept of Revenue
c/o TN Atty General Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202

Joseph E. Shickich, Jr., Esquire
Hillary Bramwell Mohr
Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154

Matthew Horton, County Attorney
Government Building
115 South Andrews Avenue
Fort Lauderdale, FL 33301

Rodney D. McFadden
P.O. Box 1292
Franklin, TN 77856

Scott D. Fink, Esquire
Weltman, Weinberg & Reis Co., L.P.A.
Lakeside Place, Suite 200
323 W. Lakeside Avenue
Cleveland, OH 44113

Whitman L. Holt, Esquire
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067

Amish R. Doshi, Esquire
Magnozzi & Kye, LLP
23 Green Street, Suite 302
Huntington, NY 11743

Marshall Winn, Esquire
Wyche, P.A.
44 East Camperdown Way
Greenville, SC 29602

Prescott Group Capital Management, LLC
1924 Utica Avenue, Suite 1120
Tulsa, OK 74104

United States Debt Recovery, IIA, LLC
5575 Kietzke Lane
Suite A
Reno, NV 89511

J. Trevor Johnston, Esquire
McGuire Woods LLP
201 North Tryon Street, Suite 3000
Charlotte, NC 28202

George Kostolampros, Esquire
Nancy R. Grunberg, Esquire
Dentons US LLP
1900 K Street, N.W.
Washington, D.C. 20006