IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| POINT BLANK SOLUTIONS, et al., | ) | Bk. No. 10-11255 (CSS) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| DAVID H. BROOKS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-64-SLR |
| | ) | |
| POINT BLANK SOLUTIONS, et al., | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |
| ROBINO STORTINI HOLDINGS, LLC, et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-104-SLR |
| | ) | |
| POINT BLANK SOLUTIONS, INC., | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |
| DAVID H. BROOKS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-391-SLR |
| | ) | |
| POINT BLANK SOLUTIONS, et al., | ) | |
| | ) | |
| Appellees. | ) | |

| | |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP, et al., )<br><br>    Appellants, )<br><br>    v. )<br><br>BDCM OPPORTUNITY FUND II, et al., )<br><br>    Appellees. ) | Civ. No. 11-505-SLR |
| DAVID H. BROOKS, )<br><br>    Appellant, )<br><br>    v. )<br><br>SS BODY ARMOR I, INC., et al., )<br><br>    Appellees. ) | Civ. No. 15-632-SLR |

## ORDER

At Wilmington this 15th day of September, 2015, counsel for appellant David H. Brooks having filed a motion to withdraw as counsel and appellees having stated that they have no objection to his counsel's request to withdraw as counsel, but request that the Brooks Appeal be stayed in its entirety until such time as the Bankruptcy Court has issued a ruling on confirmation of the plan;

IT IS ORDERED that the motion to withdraw as counsel[1] is granted.

IT IS FURTHER ORDERED that Civ. No. 15-632-SLR is stayed in its entirety until such time as the Bankruptcy Court has issued a ruling on confirmation of the plan.

                                                */s/*
                                       United States District Judge

---

[1] (D.I. 33 in Civ. No. 11-64-SLR, D.I. 31 in Civ. No. 11-104-SLR, D.I. 32 in Civ. No. 11-391-SLR, D.I. 36 in Civ. No. 11-505-SLR and D.I. 4 in Civ. No. 15-632-SLR)

2